CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 21 2016

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| KEITH EDWARD MOSS,<br>    Plaintiff, | Civil Action No. 7:16-cv-00239 |
| v. | **DISMISSAL ORDER** |
| TIMOTHY TRENT, et al,<br>    Defendant(s). | By:  Michael F. Urbanski<br>      United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

ORDERED

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 20+ day of September, 2016.

/s/ Michael F. Urbanski
United States District Judge